54 So.2d 314

### Daniel Wallace EDGE v. STATE.
### 7 Div. 118.

Supreme Court of Alabama.
June 28, 1951.

Rehearing Denied Oct. 18, 1951.

Roy D. McCord and Rowan S. Bone, Gadsden, for petitioner.

Si Garrett, Atty. Gen., and Thos. M. Galloway, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Daniel Wallace Edge for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Edge v. State, 54 So.2d 312.

Writ denied.

LIVINGSTON, C. J., and FOSTER and LAWSON, JJ., concur.